Behrooz P. Vida
SBOT No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| WARREN DOUGLAS, LP | § | Case No. 24-40789-MXM-7 |
| Debtor | § | |

---

## TRUSTEE'S RESPONSE TO CLERK'S CORRESPONDANCE

COMES NOW, BEHROOZ P. VIDA, Chapter 7 Trustee ("Trustee") of the above-referenced bankruptcy estate, and files this Response to Clerk's Correspondence ("Response") and would respectfully show as follows:

Trustee has not made a determination regarding the assets in this case. Trustee has retained counsel and is investigating potential assets. Trustee will continue to file reports but is hopeful that a determination can be made within the next 180 days. No funds have been received as of the filing of this Response.

Respectfully submitted:

By: /s/ Behrooz P. Vida    July 12, 2024
Behrooz P. Vida
State Bar No. 20578040
CHAPTER 7 TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
EMAIL: behrooz@vidatrsutee.com